McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00027-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: April 19, 2018 |
| ARTURO ROBLES-ORTIZ, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and defendant Arturo Robles-Ortiz, through his counsel of record, stipulate that the status conference now set for April 19, 2018, be continued to May 3, 2018, at 10:00 a.m.

On February 12, 2018, Mr. Robles-Ortiz was arraigned on the three-count Indictment in this case. (ECF Nos. 7, 10.) In the days following, the government produced discovery to the defense that included 135 pages of reports and memoranda, as well as several dozen photos from the day Mr. Robles-Ortiz was arrested. Defense counsel requires a brief period of additional time to review these materials, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for April 19, 2018, be continued to May 3, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including May 3, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

Code T4, based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: April 17, 2018      */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: April 17, 2018      */s/ THD for George K. Rosenstock*
GEORGE K. ROSENSTOCK
Attorney for Defendant Arturo Robles-Ortiz

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including May 3, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the April 19, 2018 status conference be continued until May 3, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE